# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 25, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals
 for the Fifth Circuit
F. Edward Hèbert Bldg.
600 South Maestri Place
New Orleans, Louisiana 70130-3408

    Re:  **Abigail Noel Fisher**
         **v. University of Texas at Austin, et al.,**
         **No. 14-981 (Your docket No.  09-50822)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

                  Sincerely,

                  SCOTT S. HARRIS, Clerk

                  By *[signature]*

                  Herve' Bocage
                  Judgments/Mandates Clerk

Enc.
cc:    Mr. Bert W. Rein, Esq.
        Mr. Gregory G. Garre, Esq.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 25, 2016

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Mr. Bert W. Rein, Esq.
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006

    Re:    **Abigail Noel Fisher**
           **v. University of Texas at Austin, et al.,**
           **No. 14-981**

Dear Mr. Rein:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.  You may obtain a copy of the opinion by visiting our website, http://www.supremecourt.gov.

           Sincerely,

           SCOTT S. HARRIS, Clerk

           By

           Herve' Bocage
           Judgments/Mandates Clerk

Enc.
cc:    Mr. Gregory G. Garre, Esq.
      Clerk, USCA for the Fifth Circuit
           (Your docket No. 09-50822)

# Supreme Court of the United States

No.　　14-981

**ABIGAIL NOEL FISHER,**

Petitioner

v.

**UNIVERSITY OF TEXAS AT AUSTIN, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 23, 2016

**Justice Kagan took no part in the consideration or decision of this case.**



A True Copy
SCOTT S. HARRIS
-Test-
Clerk of the Supreme Court of the United States
By: Cynthia Rapp